PETER HALLBERG, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant, Impleaded with Another.

*Hallberg* v. *N. Y. C. & H. R. R. R. Co.*, 153 App. Div. 889, affirmed.
(Argued May 15, 1914; decided June 9, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered December 12, 1912, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

*Robert A. Kutschbock* and *Alex. S. Lyman* for appellant.

*Herbert C. Smyth, Joseph W. Clausen* and *Joseph A. Burdeau* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ. Not sitting: MILLER, J.